UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PATRICK,

    Plaintiff,

v.

ALLEN, et al.,

    Defendants.

No. 2:17-cv-1341-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 15, 2018, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendants Allen and Bona through the United States Marshal. ECF No. 5. Plaintiff did not submit a completed summons form or any endorsed copies of the June 29, 2017 complaint. *See* ECF No. 9.

Accordingly, IT IS HEREBY ORDERED that within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court along with the missing documents. Failure to comply with this order may result in an order of dismissal. With this order the Clerk of the Court shall provide to plaintiff a blank summons.

Dated: June 27, 2018.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLAS PATRICK,

        Plaintiff,

  v.

ALLEN, et al.,

        Defendants.

No. 2:17-cv-1341-EFB P

NOTICE OF SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u>1</u>    completed summons form

    <u>3</u>    endorsed copies of the June 29, 2017 complaint

DATED:

                          _____
                          Plaintiff