UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>         Plaintiff,<br><br>   v.<br><br>ALLEN, et al.,<br><br>         Defendants. | No. 2:17-cv-1341-EFB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Twice now, the court has ordered plaintiff to submit the necessary documents to effectuate service of process on defendants Allen and Bona through the United States Marshal. ECF Nos. 5, 10. However, plaintiff has yet to submit a completed summons form or any endorsed copies of the June 29, 2017 complaint.[1] On August 6, 2018, plaintiff requested that the court make the required copies of the complaint for him. ECF No. 12. Plaintiff's request is denied, as the court previously sent plaintiff a courtesy copy of the complaint (ECF No. 5) and plaintiff is not entitled to free copies.[2] As a courtesy, the court will grant plaintiff another 30-day

---

[1] Plaintiff claims that he submitted the completed summons form to the court (ECF No. 12), but there is no record of such a submission on the docket.

[2] The Clerk's Office charges $0.50 per page for copies of documents. Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request and prepayment of the copy fees. Checks in the exact amount are to be made payable to "Clerk USDC."

extension of time to file the documents necessary to effectuate service of process. Failure to do so may result in a recommendation of dismissal.

So ordered.

Dated: August 23, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE